UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HAMMAD HAIDER,
and other similarly-situated individuals,

Plaintiff(s),                                      Case No.: 0:20-cv-62394-JEM

v.

HORIZON STARS, LLC d/b/a The Mughal
Restaurant, a Florida Corporation, and
Arif Kazi, individually,

Defendants,
_____/

**NOTICE OF FILING PROPOSED ORDER APPROVING SETTLEMENT AND ENTRY OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**

**COMES NOW** Plaintiff HAMMAD HAIDER, by and through undersigned counsel and respectfully files his Notice of Filing Proposed Order Approving Settlement and Entry of Dismissal with Prejudice as to Defendants.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be mailed to Arif Kazi, individually and as manager of Horizon Stars LLC, 2100 N. University Drive, Pembroke Pines, FL 33124; 12966 NW 18th Court, Pembroke Pines, FL 33124; and via email, horizon.starsllc@gmail.com on this 12th day of January, 2021.

        Respectfully submitted,
        FEINSTEIN, MENDEZ & COBREIRO, P.A.

        /s/Brett Feinstein, Esq.
        Brett Feinstein, Esq.,
        Florida Bar No. 953120
        2600 S. Douglas Road, Suite 506
        Coral Gables, Florida 33134
        Phone: (786) 636-8938
        Fax: (786) 636-8941
        Email: brett@fmclawfirm.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HAMMAD HAIDER,
and other similarly-situated individuals,

Plaintiff(s),                                    Case No.: 0:20-cv-62394-JEM

v.

HORIZON STARS, LLC d/b/a The Mughal
Restaurant, a Florida Corporation, and
Arif Kazi, individually,

Defendants,
_____/

## ORDER APPROVING SETTLEMENT AND ENTRY OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS

Having reviewed the Parties' Settlement Agreement, it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice as to Defendants HORIZON STARS, LLC d/b/a The Mughal Restaurant, a Florida Corporation, and Arif Kazi, individually with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the court and this case is **DISMISSED WITH PREJUDICE** as to Plaintiff's claims against Defendants HORIZON STARS, LLC d/b/a The Mughal Restaurant, a Florida Corporation, and Arif Kazi, individually with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, this _____ day of _____ 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Brett Feinstein, Esq.
Arif Kazi