UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
**Case Number:  20-62394-CIV-MARTINEZ**

HAMMAD HAIDER,
        Plaintiff,

vs.

HORIZON STARS, LLC, and
ARIF KAZI,
        Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice as to All Defendants ("Motion"), [ECF No. 20].  The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review, [ECF No. 20-1].  After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.  Accordingly, it is hereby **ORDERED and ADJUDGED** that

1.       The Plaintiff's Motion, [ECF No. 20], is **GRANTED**.

2.       The parties' Settlement Agreement is hereby **APPROVED**.

3.       This action is **DISMISSED with prejudice**.

4.       This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.  The Court retains jurisdiction to enforce the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record